UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-22155-CIV-MARTINEZ-BECERRA

WESTON MSIKITA,

    Plaintiffs,

v.

THOMAS B. VILSACK, SECRETARY, U.S.
DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH
INSPECTION SERVICE (APHIS), U.S.
DEPARTMENT OF AGRICULTURE,

    Defendant.
_____/

## ORDER

    **THIS MATTER** is before the Court on Defendant's Motion for Leave to Take Deposition Out of Time, or in the Alternative, Motion to Allow Witness to Appear at Trial via Zoom ("Motion"). (ECF No. 48). Defendant Thomas B. Vilsack, the Secretary of Agriculture, by and through the Assistant U.S. Attorney, moves to take the deposition of Carlos Caraballo out of time for use at trial, or in the alternative, to allow Mr. Caraballo to appear at trial via Zoom. (*Id.* at 1).

    About two weeks ago, Mr. Caraballo underwent a serious medical procedure. (*Id.*). Defense counsel did not learn about Mr. Caraballo's medical issues until two days before filing the instant Motion. (*Id.*). Defendant contends that Mr. Caraballo is a key witness in this discrimination case as he is the supervisor who issued Plaintiff the letter of reprimand. (*Id.*). Plaintiff does not oppose either option requested in the Motion.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant is permitted to take the deposition of Mr. Caraballo out of time. The deposition shall only be for use at trial.

    DONE AND ORDERED in Chambers at Miami, Florida, 9 day of March, 2023.

                                                                 JOSE E. MARTINEZ
                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record